FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 29 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Julian Valles,<br><br>    Defendant. | CR 04-50134-1-PHX-NVW<br><br><br><br>**ORDER** |

    A detention hearing and a preliminary revocation revocation hearing on the Petition on Supervised Release were held on June 23, 2006.

    **THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

    **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a danger to the community. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

    **IT IS ORDERED** that the Defendant shall be detained pending further order of the court.

    DATED this 29th day of June, 2006.

_____
Lawrence O. Anderson
United States Magistrate Judge